**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, Esquire, hereby certify that on the 9th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

Carl G. James, Esquire
8000 Hub Parkway
Cleveland, OH 44125

/s/ M. Augustine
Mary E. Augustine (No. 4477)

625688v1

3